# EXHIBIT "B"

| No. | Title of Work | Registration No. | Registration Date | Link to Alleged Infringement |
|---|---|---|---|---|
| 1 | 053117camera4CS | VA 2-108-670 | July 2, 2018 | https://www.facebook.com/caraccidentlawyernyc/photos/pb.100069222982104.-2207520000/1733512053363705/?type=3 |

| Original | Screenshot |
|---|---|
| | |